**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00007-CR
No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J, F10-01184-J**

## ORDER

The Court has before it appellant's pro se request for an extension of time to file his response to the *Anders* brief filed by counsel. Appellant states this is his first extension request and is necessary because he does not have the reporter's record of the trial or other documents he requested. We note that this appeal is from the trial court's order denying appellant's motion for post-conviction DNA testing. In his motion to withdraw, appellant's counsel stated he sent appellant the complete record of the proceedings. The record of the trial is not part of the record on appeal. Moreover, rather than filing his pro se response, appellant filed two motions seeking appointment of new counsel and for a change of venue. Finally, appellant's pro se response is not due until October 1, 2014.

Nevertheless, in the interest of justice we **GRANT** the extension request to the extent that we **ORDER** appellant to file his pro se response by **OCTOBER 24, 2014**. No further extensions will be granted. If the pro se response is not filed by the date specified, the appeals will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Michael Mowla and Michael Casillas.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Senrick Wilkerson, TDCJ No. 1885146, Ramsey I Unit, 1100 F.M. 655, Rosharon, Texas 77583.

/s/      LANA MYERS
         JUSTICE